UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,
v.                            Case No. 8:10-mc-9-T-33MAP

WILLIAM G. MORGAN,

    Respondent.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation (Doc. # 11), filed on March 19, 2010, recommending that the Government's Petition to enforce Internal Revenue Summons (Doc. # 1) be granted.

Respondent objected to the Report and Recommendation (Doc. # 12) on March 29, 2010. Petitioner did not respond to Respondent's objection, and the time for Petitioner to do so has expired. Nevertheless, after a careful review of Respondent's one-page objection, the Court overrules the objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112

(1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge and overrules Respondent's objection.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 11) is **ACCEPTED** and **ADOPTED.**

(2) The Court hereby **GRANTS** the Petition to Enforce the Internal Revenue Service Summons (Doc. # 1).

(3) Respondent is directed to fully comply with the Internal Revenue Service Summons served on Respondent on July 9, 2009.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of April 2010.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record